BRIAN J. STRETCH (CABN 163973))
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY D. NEDROW (CABN 161299)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5045
FAX: (408) 535-5066
jeff.nedrow@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CLINTON ATKINS,<br><br>Defendant. | Case No.: CR 15-00506-BLF<br><br>STIPULATION TO CONTINUE MOTION HEARING AND PROPOSED ORDER |

The United States, through its counsel Jeff Nedrow, and defendant Clinton Atkins, through his counsel Holden Green, hereby agree and stipulate to a continuance in this case from Tuesday, October 11, 2016 at 9:00 a.m. to Tuesday, December 20, 2016 at 9:00 a.m. before this Court. This continuance is requested for the following reasons:

1) On October 11, 2016, the parties appeared to argue the defendant's motion to dismiss. In the course of the hearing, the Court requested additional briefing on the issue of whether defendant's 1997 conviction qualified as a prior conviction for purposes of 18 U.S.C. § 922(g). The Court further requested additional factual information regarding the

STIPULATION AND ~~PROPOSED~~ ORDER
CR 15-00506-BLF

interactions between the agents and the defendant during the latter half of their meeting on July 15, 2014. The parties agreed to submit supplemental briefing addressing these issues, with the government to file its supplemental brief by November 18, 2016, and the defendant to file its supplemental brief by December 9, 2016. The parties agreed that additional time would assist the parties in providing the Court with a more complete legal and factual overview of the issues for the Court's consideration at the December 20, 2016 hearing.

For these reasons, the parties respectfully request that the Court continue the hearing in this case from October 11, 2016 at 9:00 a.m. to December 20, 2016 at 9:00 a.m. The parties stipulate that the time period from October 11, 2016 through December 20, 2016 at 9:00 a.m. should be excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv) in the interest of justice to permit effective defense preparation, and specifically to allow time for the government and the defense to prepare and submit supplemental briefs to aid the Court in its evaluation of the facts and legal issues central to the motion to dismiss in this case.

It is so stipulated.                    Respectfully submitted,

Dated:                                  BRIAN J. STRETCH
                                        United States Attorney

                                        _____/s/_____
                                        JEFFREY D. NEDROW
                                        Assistant United States Attorney

                                        _____/s/_____
                                        HOLDEN GREEN
                                        Attorney for Clinton Atkins

STIPULATION AND ~~PROPOSED~~ ORDER
CR 15-00506-BLF

ORDER

Based on the stipulation of the parties and the facts set forth herein, good cause appearing,

IT IS HEREBY ORDERED that a continuance in this case is granted from October 11, 2016 to December 20, 2016 at 9:00 a.m. before this Court. The Court finds that the ends of justice that will be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial, and that for the reasons stated in the stipulation, i.e., the need for additional time for the parties to prepare and submit supplemental briefs to aid the Court in its evaluation of the facts and legal issues central to the motion to dismiss in this case, an exclusion of time is appropriate. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the stipulation, the time within which the trial of this matter must be commenced under the Speedy Trial Act is EXCLUDED during the time period from October 11, 2016 through December 20, 2016 pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(iv), due to the need for additional time to permit effective preparation by government and defense counsel, and in the interests of justice.

Dated this 17 day of October 2016.

BETH LABSON FREEMAN
United States District Judge

STIPULATION AND ~~PROPOSED~~ ORDER
CR 15-00506-BLF